THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Eric Shawn
 Owens, Appellant.
 
 
 

Appeal From Richland County
James W. Johnson, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-426
Submitted July 1, 2008  Filed July 23,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Eric
 Shawn Owens violated the terms of his probation by failing to pay fees,
 breaking curfew, being in the presence of a child, and being in possession of
 pornographic materials and alcohol.  His probation was revoked for two years. 
 Owens seeks to have his revocation vacated, arguing the trial court erred by considering
 evidence seized during an illegal search and seizure of his mothers house.  After a thorough
 review of the record and both counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Owens appeal and grant counsels motion
 to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.